UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                                            20-CR-00347 (SN) -1

D'CARLO NIMIS DELUCA,                              **ORDER**

  a/k/a/ "Robert Curtis Clark,"

            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that a sentencing is scheduled in this case for Wednesday, September 16, 2020, at 9:00 a.m. and will be held by videoconference.

    The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

**SO ORDERED**.

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      August 21, 2020
                 New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/21/2020*