USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                       20-CR-00347 (SN) -1

D'CARLO NIMIS DELUCA,                               **ORDER**

   a/k/a/ "Robert Curtis Clark,"

                    Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

Due to the limited availability of conference time slots for remote proceedings at the Metropolitan Correctional Center, the sentencing in this case currently scheduled for Wednesday, September 16, 2020, is rescheduled for Monday, October 5, 2020, at 9:00 a.m.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 14, 2020
                New York, New York